UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE LAMONT WOODS, | ) | CASE NO. CV 11-9177-CBM (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| T.L. GONZALEZ, WARDEN, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   2/8/12

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd